> The initial pretrial conference, currently scheduled for February 24, 2021, is RESCHEDULED to **April 7, 2021, at 4:00 p.m.**  The Clerk of Court is directed to terminate ECF No. 21.  SO ORDERED.
>
> */s/ Jesse M. Furman*
>
> February 17, 2021

**VIA ECF**

February 17, 2021

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   **Debora Ramirez v. 2020 Grand Realty, LLC, 20-CV-9385(JMF)**
      **Adjournment of Initial Pretrial Conference**

Dear Judge Furman:

This letter is submitted jointly on behalf of the parties in the above-referenced case.  In accordance with Rule 1(E) of Your Honor's Individual Rules and Practices in Civil Cases, the parties respectfully request a short adjournment of the initial pretrial conference that is currently scheduled for February 24, 2021 at 3:30 p.m. so that the parties may have one additional mediation session with Professor Paul Radvany.

Your Honor referred the parties to mediation via a Mediation Referral Order dated November 12, 2020.  (ECF No. 7.)  The parties had their initial mediation session with Professor Radvany on February 10, 2021.  While the parties have not reached a settlement, they believe that progress has been made and that it would be productive to have one additional mediation session before we attend the initial pretrial conference and engage in discovery.  The parties do not wish to delay this case should we not settle after another mediation session and are hopeful that, should Your Honor grant the adjournment request, the conference be adjourned for no more than 45 days if Your Honor's schedule can accommodate us.

Respectfully submitted,

*Andrew Darcy*

Andrew Darcy, of counsel to
Tiffany Liston, Esq.
Mobilization for Justice, Inc.
Attorneys for Plaintiff
100 William Street, 6th Floor,
New York, NY 10038
(212) 417-3884
adarcy@mfjlegal.org

*Jay B. Solomon*

Jay B. Solomon, Esq.
Belkin Burden Goldman, LLP
Attorneys for Defendant
270 Madison Avenue
New York, NY 10016
(212) 867-4466 (Ext. 497)
jsolomon@bbgllp.com